FILED
September 5, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )    Case No. 2:12CR00310-KJM
            Plaintiff,              )
v.                                  )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
NEMESSIS ROSENDO VENEGAS,           )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NEMESSIS ROSENDO VENEGAS , Case No.  2:12CR00310-KJM  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $ 100,000.00

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      ✔    (Other)          Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 5, 2012  at  2:36 pm .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court