```
1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  1007 7th St Ste 100
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6
   Attorney for Defendant
7  NEMESSIS VENEGAS
```

**IN THE UNITED STATES OF DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CR.S.  No.  Cr. 2:12-CR-00310 TLN |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR USMS TO PAY FOR DEFENDANT'S TRANSPORATION FROM SACRAMENTO, CALIFORNIA  TO PERRIS, CALIFORNIA AND [~~PROPOSED~~] ORDER** |
| NEMESSIS VENEGAS | |
| Defendant. | |

   Mr. Venegas is a resident of Perris, California.  He is in Sacramento attending a residential drug treatment program.  He is scheduled for release on August 3, 2014.  He is indigent and without sufficient financial resources to return to Perris on his own.  I have previously contacted the U.S. Marshals Service in situations like this and have confirmed that they are able to pay for transportation for defendants if they have a Court order directing them to do so.  Therefore, Mr. Venegas requests the court to issue an order

directing the U.S. Marshals Service to pay for the defendant's transportation from Sacramento, California to Perris, California because he is indigent and unable to pay for the cost to return to home on his own.

Respectfully submitted,

Dated:  July 28, 2014

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
NEMESSIS VENEGAS

**IT IS SO ORDERED**

Dated: July 29, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE