1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00310-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EDILIO NAVARRO and NEMESSIS ROSENDO VENEGAS, | Court: Hon. Troy L. Nunley |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Edilio Navarro and Nemessis Rosendo Venegas, on the other hand, through their respective attorneys, that: (1) the presently set December 18, 2014, status conference hearing shall be continued to January 29, 2015, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, December 16, 2014, through, and including, January 29, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel additional time to prepare their client's respective defenses.

Each defense counsel represents that he desires additional time to review discovery, conduct legal and factual research, confer with his client to prepare his client's defense, and explain to his client the ramifications of settling this case versus the risks of proceeding to trial. These tasks are made more

STIPULATION AND ORDER                    1
CONTINUING STATUS CONFERENCE

1  difficult for Assistant Federal Defender Michael Petrik as his client's primary language is Spanish and a
2  Spanish/English interpreter is needed to facilitate communications with the client.  Further, the
3  Spanish/English interpreter for the Federal Defender's Office will be unavailable to handle these tasks as
4  the interpreter will be on leave for approximately two weeks near the end of 2014 and beginning of
5  2015.
6      Accordingly, the parties stipulate and agree that the Court shall find that:  (1) the failure to grant
7  the requested continuance in this case would deny defense counsel reasonable time necessary for
8  effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served
9  by the granting of such a continuance outweigh the best interests of the public and the defendant in a
10 speedy trial.

Dated:  December 16, 2014           /s/  Michael Petrik
                                    _____
                                    MICHAEL PETRIK
                                    Assistant Federal Defender
                                    Attorney for defendant
                                    Edilio Navarro
                                    (Per email authorization)

Dated:  December 16, 2014           /s/  David Fischer
                                    _____
                                    DAVID FISCHER
                                    Attorney for defendant
                                    Nemessis Rosendo Venegas
                                    (Per email authorization)

Dated:  December 16, 2014           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Samuel Wong
                             By:    _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney

STIPULATION AND ORDER                 2
CONTINUING STATUS CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representations of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ORDERED that time beginning from the parties' stipulation on December 16, 2014, up to and including the January 29, 2015, at 9:30 a.m., status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel reasonable time to prepare.

The presently set December 18, 2014, status conference is hereby ORDERED continued to January 29, 2015, at 9:30 a.m.

Dated: December 16, 2014

_____
Troy L. Nunley
United States District Judge