BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00310-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EDILIO NAVARRO and NEMESSIS ROSENDO VENEGAS, | Court: Hon. Troy L. Nunley |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Edilio Navarro and Nemessis Rosendo Venegas, on the other hand, through their respective attorneys, that: (1) the presently set May 7, 2015, status conference hearing shall be continued to May 14, 2015, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, April 27, 2015 through, and including, May 14, 2015, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for the following reasons: (1) the undersigned prosecutor is currently scheduled to be traveling out of state during the entire week beginning May 4, 2015, and returning to work on May 11, 2015; and (2) to allow defense counsel additional time to consult with their clients regarding the benefits and ramifications of plea agreements provided to each defendant. The task of explaining the written plea agreement is made more difficult for each defense

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

1

1  counsel as their respective client's primary language is Spanish and a Spanish/English interpreter is
2  needed to facilitate communications with the client.
3      Accordingly, the parties stipulate and agree that the Court shall find that:  (1) the failure to grant
4  the requested continuance in this case would deny the United States continuity of counsel and defense
5  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
6  diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.

Dated:  April 27, 2015                    /s/  Michael Petrik
                                          _____
                                          MICHAEL PETRIK
                                          Assistant Federal Defender
                                          Attorney for defendant
                                          Edilio Navarro
                                          (Per email authorization)

Dated:  April 27, 2015                    /s/  David Fischer
                                          _____
                                          DAVID FISCHER
                                          Attorney for defendant
                                          Nemessis Rosendo Venegas
                                          (Per email authorization)

Dated:  April 27, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Samuel Wong
                                    By:   _____
                                          SAMUEL WONG
                                          Assistant U.S. Attorney

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE                2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the representations of all counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny deny the United States continuity of counsel and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ORDERED that time beginning from the parties' stipulation on April 27, 2015, up to, and including, the May 14, 2015, at 9:30 a.m., status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow the United States continuity of counsel and defense counsel reasonable time to prepare.

The presently set May 7, 2015, status conference is hereby ORDERED continued to May 14, 2015, at 9:30 a.m.

Dated: April 28, 2015

Troy L. Nunley
United States District Judge