DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
NEMESSIS ROSENDO VENEGAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00310 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EDILIO NAVARRO NEMESSIS ROSENDO VENEGAS, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 14, 2015.

2. By this stipulation, the defendants now move to continue the status conference until June 25, 2015, at 9:30 a.m. and to exclude the time period between the date of this stipulation, May 12, 2015, and the proposed new status

1

conference hearing date, June 25, 2015, from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(A) and (B)(iv) and Local Code T4.  Plaintiff does not oppose this request.

     3.     The parties agree and stipulate, and request that the Court find and order the following:

     a.     The government initially provided 32 pages of investigative reports. These reports show that there are additional audio and video recordings and other evidence available for inspection and copying.  The government has provided written plea agreements to the defendants and more time is needed by each defense counsel to discuss the proposed plea agreement with his respective client and explain to his client the ramifications of settling this case versus the risks of proceeding to trial.  These tasks are made more difficult for Assistant Federal Defender Michael Petrik as his client's primary language is Spanish and a Spanish/English interpreter is needed to facilitate communications with the client.

     b.     Counsel for the defendants also desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

     c.     Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.     The government does not object to the continuance.

     e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

     f.     For the purpose of computing time under the Speedy Trial Act, 18

U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation, May 12, 2015, to and including the date of the proposed new status conference, June 25, 2015, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 12, 2015         BENJAMIN B. WAGNER
                             U.S. ATTORNEY

                       By:   /s/ David D. Fischer for
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Dated:  May 12, 2015         /s/  David D. Fischer
                             DAVID D. FISCHER
                             Attorney for Defendant
                             NEMESSIS ROSENDO VENEGAS

Dated:  May 12, 2015         /s/  David D. Fischer for
                             MICHAEL PETRIK
                             Attorney for Defendant
                             EDILIO NAVARRO

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 14, 2015, status conference hearing be continued to June 25, 2015, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  It is ordered that time beginning from the parties' stipulation, May 12, 2015, up to and including the June 25, 2015, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED this 12th day of May, 2015.

_____
Troy L. Nunley
United States District Judge