1  **Law Office of Edward M. Robinson**
2  Edward M. Robinson
   Bar No. 126244
3  21515 Hawthorne Boulevard
   Suite 665
4  Torrance, CA 90503
   Tel: (310) 316-9333
5  Fax: (310) 316-6442
   Email: er@bhlaw.com

6  Attorneys for Defendant **NEMESSIS ROSENDO VENEGAS**

7
   **UNITED STATES DISTRICT COURT**
8
   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
   
11 UNITED STATES OF AMERICA,     ) NO: 2:12-CR-00310-TLN
                                 )
12         Plaintiff,             ) WAIVER OF DEFENDANT'S
                                 ) PERSONAL PRESENCE AT
                                 ) PRETRIAL PROCEEDINGS;
13              v.                ) ORDER
                                 )
14                                )
   NEMESSIS ROSENDO VENEGAS,     )
15                                )
                                 )
16                                )
           Defendant.             )
17 _____)

18      Pursuant to F.R.C.P. 43(b)(2)(3), Defendant, having been
19 advised of his right to be present at all stages of the
20 proceedings, hereby requests that this Court proceed in his
21 absence on every occasion that the Court may permit pursuant
22 to this Waiver.
23      Defendant agrees that his interests shall be represented
24 at all times by the presence of his attorney, the same as if
25 Defendant were personally present, and requests that this
26 Court allow his attorney-in-fact to represent his interest
27 at all times.
28

- Page 1 -

1    Defendant further agrees that notice defendants's
2 attorney that defendants presence is required will be deemed
3 notice to the defendant of the requirement of his appearance
4 at said time and place.
5    Defendant makes this requests because of the time,
6 distance and expense involved in travel to the Eastern
7 District for court appearances would be both a financial and
8 personal hardship. Defendant wishes to limit the number of
9 personal court appearances and minimize the time and expense
10 of travel to Court.
11    This request is made pursuant to F.R.C.P. 43(b)(3).

13 DATED: July 2, 2015            /s/
                            NEMESSIS ROSENDO VENEGAS

16 Presented by:

17
LAW OFFICE OF EDWARD M. ROBINSON
18
19 /s/ Edward M. Robinson
   EDWARD M. ROBINSON
20 Attorney for Defendant
   NEMESSIS ROSENDO VENEGAS
21
**O R D E R**
22
23    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that
Defendant Nemessis Rosendo Venegas appearance may be waived
24
25 at any and all non-substantiative pretrial proceedings until
further Order of this Court.
26
27 DATED: July 7, 2015
28
                            Troy L. Nunley
                            United States District Judge

- Page 2 -