Edward M. Robinson, (SB 126244)
LAW OFFICE OF EDWARD M. ROBINSON
21515 Hawthorne Boulevard, Suite 665
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@aol.com


ATTORNEY FOR DEFENDANT **NEMESSIS ROSENDO VENEGAS**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00310-TLN |
| | ) |
| | ) STIPULATION REGARDING |
| Plaintiff, | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS & ORDER |
| v. | ) |
| | ) |
| EDILIO NAVARRO | ) |
| NEMESSIS ROSENDO VENEGAS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Samuel Wong and defendant NEMESSIS ROSENDO VENEGAS by and through his counsel of record Edward M. Robinson, hereby stipulate as follows:

1

1.   By previous Order, this matter was set for status on July 9, 2015.

2.   By this stipulation, the parties move to continue the status conference for defendant NEMESSIS ROSENDO VENEGAS only to August 6, 2015, at 9:30 a.m. and to exclude the time period between the date of this stipulation, July 8, 2015, and the proposed new status conference hearing date, August 6, 2015, from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(A) and (B)(iv) and Local Code T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find and Order the following:

a.   Mr. Robinson became the attorney of record for defendant NEMESSIS ROSENDO VENEGAS on July 7, 2015, in place of attorney David Fischer.  The government initially provided 32 pages of investigative reports to attorney David Fischer.  Mr. Robinson needs to obtain Mr. Fischer's file containing the discovery and other materials.

b.   Counsel for the defendant NEMESSIS ROSENDO VENEGAS also desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution his client, to prepare pretrial motions, and to otherwise prepare for trial.

c.   Counsel for defendant NEMESSIS ROSENDO VENEGAS believes that failure to grant the above-requested

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation, July 8, 2015, to and including the date of the proposed new status conference, August 6, 2015, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 8, 2015         BENJAMIN B. WAGNER
                             United States Attorney


                         By: /s/ By Edward M. Robinson
                             approval via email
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


Dated:  July 8, 2015         /s/  Edward M. Robinson
                             EDWARD M. ROBINSON
                             Attorney for Defendant
                             NEMESSIS ROSENDO VENEGAS

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 9, 2015, status conference hearing for NEMESSIS ROSENDO VENEGAS only be continued to August 6, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, July 8, 2015, up to and including the August 6, 2015, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED this 8th day of July 2015.

Troy L. Nunley
United States District Judge