Edward M. Robinson, (SB 126244)
LAW OFFICE OF EDWARD M. ROBINSON
21515 Hawthorne Boulevard, Suite 665
Torrance, CA 90503
310.316.9333 office
310.316.6442 fax
Email: eroblaw@aol.com


ATTORNEY FOR DEFENDANT **NEMESSIS ROSENDO VENEGAS**


**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00310-TLN |
| | ) |
| | ) STIPULATION REGARDING |
| Plaintiff, | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS & ORDER |
| v. | ) |
| | ) |
| EDILIO NAVARRO | ) |
| NEMESSIS ROSENDO VENEGAS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Samuel Wong and defendant NEMESSIS ROSENDO VENEGAS by and through his counsel of record Edward M. Robinson, hereby stipulate as follows:

1

1.   By previous Order, this matter was set for status on Thursday, August 6, 2015 at 9:30 a.m.

2.   By this stipulation, the parties move to continue the status conference for defendant NEMESSIS ROSENDO VENEGAS only to Thursday, September 24, 2015 at 9:30 a.m. and to exclude the time period between the date of this stipulation, July 30, 2015, and the proposed new status conference hearing date, September 24, 2015, from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(A) and (B)(iv) and Local Code T4. Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find and Order the following:

a.   Counsel for defendant NEMESSIS ROSENDO VENEGAS requires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution his client, to prepare pretrial motions, and to otherwise prepare for trial.

b.   Counsel for defendant NEMESSIS ROSENDO VENEGAS believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.   The government does not object to the continuance.

d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendant in a speedy trial.

f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation, July 30, 2015, to and including the date of the proposed new status September 24, 2015, shall be excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \
\ \

4.    Nothing   in   this   stipulation   and   order   shall preclude  a  finding  that  other  provisions  of  the  Speedy Trial  Act  dictate  that  additional  time  periods  are excludable  from  the  period  within  which  a  trial  must commence.

IT IS SO STIPULATED.

Dated:  July 30, 2015              BENJAMIN B. WAGNER
                                   United States Attorney


                          By:   /s/ By Edward M. Robinson
                                approval via email
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


Dated:  July 30, 2015            /s/  Edward M. Robinson
                                 EDWARD M. ROBINSON
                                 Attorney for Defendant
                                 NEMESSIS ROSENDO VENEGAS

# O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 6, 2015, status conference hearing for NEMESSIS ROSENDO VENEGAS only be continued to September 24, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation, July 30, 2015, up to and including the September 24, 2015, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO FOUND AND ORDERED this 30TH day of July 2015.

Troy L. Nunley
United States District Judge