1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
6

7

8           IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00310-TLN |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13 | v. | |
| 14 | EDILIO NAVARRO and NEMESSIS ROSENDO VENEGAS, | Court: Hon. Troy L. Nunley |
| 15 | | |
| 16 | Defendants. | |

17

18       It is hereby stipulated and agreed by and between plaintiff United States of America, on the one

19  hand, and defendant Nemessis Rosendo Venegas, on the other hand, through their respective attorneys,

20  that: (1) the presently set November 5, 2015, status conference hearing shall be continued to November

21  19, 2015, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, October 29, 2015, through,

22  and including, November 19, 2015, shall be excluded from computation of time within which the trial of

23  this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

24  (B)(iv) and Local Code T4, for the following reasons: (1) defense counsel for Mr. Venegas has been

25  preparing for a 2-week jury trial set for December 8, 2015, in United States v Boyd, Case No. CR 15-

26  235 RGK, an Honest Services Fraud and Tax case that has voluminous discovery and the trial

27  preparation has been very time consuming. Defense counsel is also preparing an opening brief in the

28  case of United States v Davis, Ninth Circuit Case Nos. 15-50118, 15-50130; and (2) the work on these

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE                  1

1  two other cases have made it very difficult for counsel to sufficiently meet with Mr. Venegas on his
2  case.  While defense counsel has been working with Mr. Venegas on discovery review, Mr. Venegas is
3  not in a position at this time to decide whether to settle his matter.  Instead, a short two-week
4  continuance of the status conference is needed for defense counsel to work additionally with Mr.
5  Venegas and for Mr. Venegas to decide either prepare for trial or pursue settlement.
6         Accordingly, the parties stipulate and agree that the Court shall find that:  (1) the failure to grant
7  the requested continuance in this case would deny defense counsel reasonable time necessary for
8  effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served
9  by the granting of such a continuance outweigh the best interests of the public and defendant Venegas in
10 a speedy trial.

Dated:  October 29, 2015            /s/ Edward Robinson
                                    _____
                                    EDWARD ROBINSON
                                    Attorney for defendant
                                    Nemesis Rosendo Venegas
                                    (Per email authorization)


Dated:  October 29, 2015            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Samuel Wong
                              By:   _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney

STIPULATION AND ORDER                       2
CONTINUING STATUS CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Based on the representations of all counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny deny counsel for defendant Nemessis Rosendo Venegas reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and Venegas in a speedy trial.  It is ORDERED that time beginning from the parties' stipulation on October 29, 2015, up to, and including, the November 19, 2015, at 9:30 a.m., status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel for Venegas reasonable time to prepare.

The presently set November 5, 2015, status conference is hereby ORDERED continued to November 19, 2015, at 9:30 a.m.

Dated: October 30, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

3