PHILLIP A. TALBERT
Acting United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>EDILIO NAVARRO and<br>NEMESSIS ROSENDO VENEGAS,<br><br>                              Defendants. | CASE NO.  2:12-CR-00310-GEB<br><br>STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING DATE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Nemessis Rosendo Venegas, on the other hand, through their respective attorneys, that:

(1)     the presently set August 5, 2016, trial confirmation hearing shall be continued to August 26, 2016, at 9:00 a.m.;

(2)     time from the date of the parties' stipulation, August 3, 2016, through, and including, the trial date of October 18, 2016, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for the reasons set forth below.

Defense counsel, Edward Robinson, Esq., desires additional time to discuss with his client, defendant Venegas, the ramifications of resolving this case by plea agreement versus the risks of

1   proceeding to trial and the consequences in the event that defendant is convicted after trial.

2       In addition, both parties agree that the Court should exclude time from the present date until the

3   proposed October 18, 2016, trial date to allow defense counsel time to prepare his client's defense in the

4   event that this case is not settled.  The parties stipulate and agree that the Court shall find that the failure

5   to grant the requested continuance in this case until October 17, 2016, would deny defense counsel

6   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7       The parties advise the Court that defendant Venegas is presently out of custody pending trial.

8       Consequently, the parties also stipulate and agree that the Court find the ends of justice served by

9   the granting of such a continuance outweigh the best interests of the public and defendant Venegas in a

10  speedy trial and respectfully request that the Court exclude time between now and the October 18, 2016,

11  trial date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

12

13  Dated:  August 3, 2016                    */s/ Edward Robinson*
                                             _____
14                                           EDWARD ROBINSON
15                                           Attorney for defendant
                                             Nemesis Rosendo Venegas
16                                           (Per email authorization)

17

18  Dated:  August 3, 2016                    PHILLIP A. TALBERT
19                                           Acting United States Attorney

20                                           */s/ Samuel Wong*
                                      By:    _____
21                                           SAMUEL WONG
22                                           Assistant U.S. Attorney

23

24

25

26

27

28

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

Based on the representations of both counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case for the time period referenced in their stipulation would deny counsel for defendant Nemessis Rosendo Venegas reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and Venegas in a speedy trial.  It is ORDERED that time beginning from the parties' stipulation on August 3, 2016, up to, and including, the October 18, 2016, at 9:00 a.m., trial shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel for Venegas reasonable time to prepare.

It is further ORDERED that the presently set August 5, 2016, trial confirmation shall be continued to August 26, 2016, at 9:00 a.m. for a trial confirmation hearing.

Dated:  August 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge