**Law Office of**
**Edward M. Robinson**
Edward M. Robinson
Bar No. 126244
21515 Hawthorne Boulevard
Suite 665
Torrance, CA 90503
Tel: (310) 316-9333
Fax: (310) 316-6442
email: eroblaw@gmail.com

Attorney for Defendant Nemessis Rosendo Venegas

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

******

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:12-CR-00310-GED |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING |
| NEMESSIS ROSENDO VENEGAS | **Date:** February 17, 2017 |
| Defendant. | **Time:** 9:00 a.m. |
| | **Courtroom:** 10 |
| | **Judge:** Garland E. Burrell, Jr. |

For the reasons set forth above, the continuance requested by the parties is granted.

IT IS SO ORDERED that the sentencing currently scheduled for February 17, 2017 at 9:00 a.m. is continued to March 24, 2017 with the following objection and motion schedule:

a) Reply, or Statement of Non-Opposition: March 17, 2017.

b) Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 3, 2017.

///

///

1

c) Informal objections to the Pre-Sentence Report no later than: February 10, 2017.

IT IS SO ORDERED.

Dated: February 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge